**[J-29-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 69 MAP 2017 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court at No. 1998 MDA 2016 dated |
| | : | 5/8/17, affirming in part and vacating in |
| v. | : | part the PCRA order of Dauphin County |
| | : | Court of Common Pleas, Criminal |
| | : | Division, at No. CP-22-CR-0003531-2010 |
| HOWARD WILLIAM DEWEESE, | : | dated 11/8/16 and remanding for |
| | : | resentencing |
| Appellant | : | |
| | : | Submitted: March 2, 2018 |

**ORDER**

**PER CURIAM**                                                            **DECIDED: June 1, 2018**

AND NOW, this 1st day of June, 2018, this appeal is dismissed as having been improvidently granted.